WILLIAM J. SMITH v. TOWN OF HAZLET.

October 3, 1972. Petition for certification granted.

TRAP ROCK INDUSTRIES, INC., *ET AL.* v.
JOHN C. KOHL, *ETC.*

October 3, 1972. Petition and cross-petition for certification granted. (See 120 *N. J. Super.* 8).

CITY OF MILLVILLE v.
CUMBERLAND COUNTY BOARD OF TAXATION.

CITY OF VINELAND v. CITY OF MILLVILLE.

October 3, 1972. Petition for certification granted.

SIDNEY BRODY v. CITY OF MILLVILLE, *ET AL.*

October 3, 1972. Petition for certification granted. (See 120 *N. J. Super.* 1).

STATE OF NEW JERSEY v. EDWARD MASON.

October 3, 1972. Petition for certification denied.

CHARLOTTE SAINSON, *ET AL.* v. VINCENZA TOMASELLA.

October 3, 1972. Petition for certification denied.